IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RICHARD RAY McKENNA,  CV. 04-471-KI

    Petitioner,  ORDER

v.

JEAN HILL,

    Respondent.

KING, Judge

    Petitioner's motion to dismiss petition (#29) is GRANTED. This proceeding is DISMISSED, with prejudice.

    IT IS SO ORDERED.

    DATED this __10th__ day of May, 2005.

    /s/ Garr M. King
    Garr M. King
    United States District Judge